██ In the Matter of the Claim of ZOLTAN SCHWARTZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—██

██ Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

██ In the Matter of the Claim of ANNA GRIECO, Respondent, v. GASOLINE INSTALLATIONS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—██

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

██ In the Matter of the Claim of SAM PODHORETZ, Respondent, v. HENRY RUBINSTEIN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—██

██ Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.